# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Kathy Missey,<br><br>       Plaintiff,<br><br>v.<br><br>Watson Acquisition Group, LLC, et al.,<br><br>       Defendant. | Case No. 4:10-cv-01788-AGF<br><br><br>**MOTION FOR DEFAULT JUDGMENT** |

Now comes Plaintiff, by and through counsel, and pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, hereby moves this honorable Court to enter Default Judgment against Defendant Watson Acquisition Group, LLC.  In support hereof, the following are filed contemporaneously with this motion:

   1. Supporting Memorandum of Law

   2.  Affidavit of Plaintiff's Counsel

   3. Affidavit of Plaintiff

   4.  Various Exhibits


                               RESPECTFULLY SUBMITTED,

                               Macey & Aleman, P.C.

                               By: /s/ Timothy J. Sostrin
                                     Timothy J. Sostrin
                                     233 S. Wacker
                                     Sears Tower, Suite 5150
                                     Chicago, IL 60606
                                     Telephone:  866-339-1156
                                     Email:  tjs@legalhelpers.com
                                     Attorneys for Plaintiff

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2011, I served Defendant with the foregoing Motion by placing a copy of the same in the United States mail, addressed as follows:

Watson Acquisition Group, LLC
327 Robert Drive
North Tonawanda, NY 14120

/s/ Timothy J. Sostrin