UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KATHY MISSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  4:10CV01788 AGF |
| | ) | |
| WATSON ACQUISITION GROUP, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFAULT JUDGMENT

Pursuant to the Memorandum and Order filed herein on this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Plaintiff and against Defendant Watson Acquisition Group, LLC, in the amount of $5,215.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 10th day of March, 2011.